STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Danny Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  Vs.<br><br>DANNY LI,<br><br>        Defendant. | ) No. CR-14-0539-WHA<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING STATUS<br>) HEARING TO SEPTEMBER 22, 2015<br>)<br>) -and –<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER FINDING EXCLUDABLE TIME<br>)<br>) |

     Defendant Danny Li, by and through his attorney, Steven F. Gruel, hereby requests that the status hearing scheduled for September 1, 2015 at 2:00 p.m. be continued until September 22, 2015 at 2:00 p.m.  The good cause for this defense request is that the September 1, 2015 date was set without defense counsel's presence.  Defense counsel is scheduled to be out of town on September 1, 2015.  Furthermore, the government has provided 11 CDs of discovery which the defense needs to begin to review. Finally, the government stated that it has additional discovery to provide for the defense.

*STIPULATION AND [PROPOSED] ORDER*

- 1

Therefore, excludable time in full accordance with Title 18, United States Code, Sections 3161(h)(7)(A) & (B)(ii) & (iv) exists for the necessary continuity of counsel and for the effective preparation by counsel. The ends of justice are served in this continuance to September 22, 2015 and outweighs the best interested of the defendant and public to a speedy trial.

The government does not oppose and stipulates to this defense request, finding of excludable and that the ends of justice are served under the Speedy Trial Act in this continuance to September 22, 2015 and outweigh the best interests of the defendant and public to a speedy trial.

SO STIPULATED:

DATED: 08/31/2015          __/s/_____
                            STEVEN F. GRUEL
                            Attorney for Danny Li

DATED:  08/31/2015

                            __/s/_____
                            FRANK J RIEBLI
                            Assistant United States Attorney

[~~PROPOSED~~]  ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the September 1, 2015 status hearing is continued to September 22, 2015 at 2:00 p.m. for status. Furthermore, excludable time pursuant to the Speedy Trial Act as stipulated above and in full accordance with Title 18, United States Code, Sections 3161(h)(7)(A) & (B)(ii) & (iv) is hereby found.

IT IS SO ORDERED.

DATED: 08/31/2015.         _____
                            HONORABLE WILLIAM H. ~~ASLUP~~ ALSUP
                            United States District Court

*STIPULATION AND [~~PROPOSED~~] ORDER*

- 2