BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-539 WHA |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| v. | |
| DANNY LI, | |
| Defendant. | |

On October 27, 2015, at 2:00 p.m., defendant Danny LI appeared before the Court through counsel. This was LI's second appearance before the Court. At that hearing, the government and LI advised the Court that the government had produced a significant amount of discovery to LI and that LI was still reviewing that material. The parties also advised that they were discussing resolution but had not yet reached an agreement. Thus, the parties requested a trial date. The Court set this matter for trial on April 11, 2016. The parties agreed that the defendant requires the time between October 27, 2015 and April 11, 2016 to prepare effectively for trial and/or to negotiate a resolution. Therefore, the parties agreed that time should be excluded between October 27, 2015 and the trial on April 11, 2016 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties agree that the ends of justice served by granting the continuance outweigh the best

ORDER EXCLUDING TIME
CR 14-539 WHA

interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: November 16, 2015               Respectfully submitted,

                                       BRIAN J. STRETCH
                                       Acting United States Attorney


                                              /s/
                                       FRANK J. RIEBLI
                                       Assistant United States Attorney


                                        /s/ Frank Riebli w/ permission
                                       STEVEN F. GRUEL
                                       Attorney for Danny Li


For the reasons stated above, the Court finds that the exclusion of time from October 27, 2015 through and including April 11, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: November  17 , 2015             _____
                                       HONORABLE WILLIAM H. ALSUP
                                       United States District Court Judge

ORDER EXCLUDING TIME
CR 14-539 WHA