STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Danny Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　Vs.<br><br>DANNY LI,<br><br>　　　　　Defendant. | No. CR-14-0539-WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE SENTENCING DATE FROM MAY 3, 2016 TO JUNE 28, 2016 |

Defendant Danny Li, by and through his attorney, Steven F. Gruel, hereby requests that the May 3, 2016 sentencing date be continued to June 28, 2016 at 2:00 p.m. The good cause for this defense request is that defendant's counsel mistakenly believed and informed the United States Probation Department that the sentencing date was May 31, 2016. Consequently, the draft probation report is still being prepared for the parties' review.

The next available date for the parties and the U.S. probation officer for defendant's sentencing is June 28, 2016. Hence, the parties respectfully request that the sentencing hearing

*STIPULATION AND [~~PROPOSED~~] ORDER*

- 1

be continued from May 3, 2016 to June 28, 2016 at 2:00 p.m. The additional time will allow the presentence report to be finalized, reviewed and then submitted to the Court.

The United States Attorney's Office and the United States Probation Officer do not oppose this defense request.

SO STIPULATED:

DATED: 04/26/2016          __/s/_____
                           STEVEN F. GRUEL
                           Attorney for Danny Li

DATED:  04/26/2016
                           __/s/_____
                           FRANK J RIEBLI
                           Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the sentencing hearing scheduled for May 3, 2016 at 2:00 p.m. in the above matter is continued to June 28, 2016 at 2:00 p.m.

IT IS SO ORDERED.

DATED: April 27, 2016.     _____
                           HONORABLE WILLIAM H. ALSUP
                           United States District Judge

*STIPULATION AND [PROPOSED] ORDER*