STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Danny Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     Vs.<br><br>DANNY LI,<br><br>            Defendant. | No. CR-14-0539-WHA<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING THE<br>SENTENCING DATE FROM<br>JULY 12, 2016 TO AUGUST 17, 2016 |

    Defendant Danny Li, by and through his attorney, Steven F. Gruel, hereby requests that the July 12, 2016 sentencing date be continued to August 17, 2016 at 2:00 p.m. The good cause for this defense request is that defendant's counsel has a business related conflict with the July 12, 2016 sentencing date and will not be in San Francisco.

    The next available date for the parties and the U.S. probation officer for defendant's sentencing is August 17, 2016.  Hence, the parties respectfully request that the sentencing hearing be continued from July 12, 2016 to August 17, 2016 at 2:00 p.m.

*STIPULATION AND [~~PROPOSED~~] ORDER*

- 1

The United States Attorney's Office and the United States Probation Officer do not oppose this defense request.

SO STIPULATED:

DATED: 06/30/2016 \_\_/s/_____
                                           STEVEN F. GRUEL
                                           Attorney for Danny Li

DATED:  06/30/2016
                                           \_\_/s/_____
                                           FRANK J RIEBLI
                                           Assistant United States Attorney

[~~PROPOSED~~]  ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the sentencing hearing scheduled for July 12, 2016 at 2:00 p.m. in the above matter is continued to August 17, 2016 at 2:00 p.m.

IT IS SO ORDERED.

 DATED:  July 1, 2016.         HONORABLE WILLIAM H. ALSUP
                                           United States District Judge

*STIPULATION AND [~~PROPOSED~~] ORDER*

- 2