BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-539 WHA |
| Plaintiff, | MOTION TO REPLACE FILING |
| v. | |
| DANNY LI, | |
| Defendant. | |

On June 21, 2016, the government filed a sentencing memorandum in the above-captioned matter. On pages 2 and 6 of that memorandum, there were references to information that took place in a sealed proceeding. In order to protect that information from further disclosure, the government asks that the Court direct the Clerk of the Court to replace the original sentencing memorandum, filed at Docket #180, with the partially-redacted sentencing memorandum attached hereto as Appendix A.

DATED: September 28, 2016         Respectfully submitted,

                                          BRIAN J. STRETCH
                                          Acting United States Attorney

                                            /s/
                                          FRANK J. RIEBLI
                                          Assistant United States Attorney

1  For the reasons stated above, the Court directs the Clerk of the Court to replace the original
2  sentencing memorandum, filed on June 21, 2016 at Docket #180 in the above-captioned matter, with the
3  partially-redacted sentencing memorandum attached hereto as Appendix A.
4  SO ORDERED.
5  September 28, 2016.

                                              HONORABLE WILLIAM H. ALSUP
                                              United States District Court Judge